IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF TEXAS

TEXARKANA DIVISION

| | | |
|---|---|---|
| JEREME ESCOBEDO | § | |
| v. | § | CIVIL ACTION NO. 5:04cv224 |
| CHEQUITA CLEMENTS, ET AL. | § | |

MEMORANDUM ADOPTING REPORT AND RECOMMENDATION
OF THE UNITED STATES MAGISTRATE JUDGE
AND DENYING MOTION FOR DEFAULT JUDGMENT

The Plaintiff Jereme Escobedo, proceeding *pro se*, filed this civil rights lawsuit under 42 U.S.C. §1983 complaining of alleged violations of his constitutional rights.  This Court ordered that the matter be referred to the United States Magistrate Judge pursuant to 28 U.S.C. §636(b)(1) and (3) and the Amended Order for the Adoption of Local Rules for the Assignment of Duties to United States Magistrate Judges.

On January 14, 2005, the Plaintiff filed a motion for default judgment.  The docket reveals that the Defendants answered the lawsuit on December 29, 2004.  On August 19, 2005, the Magistrate Judge issued a Report recommending that the motion for default be denied.  The Plaintiff received a copy of this Report on or before August 26, 2005, but no objections have been received; accordingly, he is barred from *de novo* review by the district judge of those findings, conclusions, and recommendations and, except upon grounds of plain error, from appellate review of the unobjected-to proposed factual findings and legal conclusions accepted and adopted by the district court.  Douglass v. United Services Automobile Association, 79 F.3d 1415, 1430 (5th Cir. 1996) (*en banc*).

The Court has reviewed the pleadings in this cause and the Report of the Magistrate Judge and has determined that this Report is correct. It is accordingly

ORDERED that the Report of the Magistrate Judge is ADOPTED as the opinion of the District Court. It is further

ORDERED that the Plaintiff's motion for default judgment, filed January 14, 2005 (docket no. 12) is hereby DENIED.

**SIGNED this 12th day of September, 2005.**

_____
DAVID FOLSOM
UNITED STATES DISTRICT JUDGE